UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JUDGMENT IN A CIVIL CASE

DENEEN A. RIFF, )
)
    vs. ) Case No. 07-3362-CV-S-RED-SSA
)
MICHAEL J. ASTRUE, )
Commissioner of the Social Security. )
)

\_    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

    Upon review of the record, the Court hereby **AFFIRMS** the decision of the Administrative Law Judge.

    **IT IS SO ORDERED.**


April 3 , 2009                        Ann Thompson
Date                                      Clerk of the Court


Entered on: April 6, 2009              s/ Karen Siegert
                                                (By) Deputy Clerk